1  **SUSAN K. HATMAKER 172543**
   susan@hatmakerlaw.com
2  **RACHELLE TAYLOR GOLDEN 295385**
   rachelle@hatmakerlaw.com
3  **HATMAKER LAW GROUP**
   A Professional Corporation
4  7522 N. Colonial Avenue, Suite 105
   Fresno, California 93711
5  Telephone:  (559) 374-0077
   Facsimile:  (559) 374-0078
6
   Attorneys for Defendant:
7  HPC BLACKSTONE INVESTORS, LP

8                    UNITED STATES DISTRICT COURT

9
                     EASTERN DISTRICT OF CALIFORNIA
10

11                               * * *

12  GEORGE AVALOS, an individual,      )    NO. 1:20-cv-01385-DAD-SKO
                                       )
13      Plaintiff,                     )    **DEFENDANT, HPC BLACKSTONE**
                                       )    **INVESTORS, LP'S, NOTICE OF**
14  vs.                                )    **MOTION AND MOTION TO**
                                       )    **DISMISS UNDER F.R.C.P. RULE**
15  HPC BLACKSTONE INVESTORS, LP, a )   **12(b)(6) AS TO PLAINTIFF'S**
    California limited partnership; and DOES )  **COMPLAINT**
16  1-10, inclusive                    )
                                       )
17                                     )    Date:        January 19, 2021
        Defendants.                    )    Time:        9:30 a.m.
18                                     )    Courtroom:  5, 7th Floor
                                       )
19                                     )    Judge: Honorable Dale A. Drozd
                                       )
20                                     )
                                       )
21                                     )
                                       )
22                                     )
                                       )
23  _____  )

24       PLEASE TAKE NOTICE that, on January 19, 2021, at 9:30 a.m, before the Honorable

25  Dale A. Drozd, Defendant, HPC BLACKSTONE INVESTORS, LP (hereinafter "Defendant"),

26  will move for a Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil

27  Procedure 12(b)(6) because a facial reading of Plaintiff's Complaint fails to state a claim for

28  which relief can be granted because Plaintiff has failed to allege any facts that ties the alleged

1    barrier(s) encountered to any particular disability that he allegedly suffers.

2         As Plaintiff is a serial litigant and should have a reasonable grasp of the applicable

3    pleading requirements as well as the law under the Americans with Disabilities Act and the

4    California Unruh Civil Rights Act and has filed the Complaint without good faith, Defendant

5    further requests that should this Motion be granted, it be awarded prevailing party attorneys'

6    fees pursuant to 28 U.S.C. § 1927 and/or 42 U.S.C. § 12205. (*Peters v. Winco Foods, Inc*. (Cal.

7    E.D. 2004) 320 F.Supp.2d 1035.)

8         The grounds for this Motion are set forth in: 1) this Notice of Motion and Motion; 2) the

9    Memorandum of Points and Authorities in support of this Motion; 3) the Request for Judicial

10   Notice; and 4) all Exhibits thereto.

11   DATED: December 18, 2020                    HATMAKER LAW GROUP

12                                               By   /s/ Rachelle Taylor Golden_____
13                                                    RACHELLE TAYLOR GOLDEN
                                                     Attorney for Defendant,
14                                                   HPC BLACKSTONE INVESTORS, LP

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF MOTION TO DISMISS

**PROOF OF SERVICE**

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is:  7522 N. Colonial Avenue, Fresno, CA 93711.

On December 18, 2020, I served the foregoing document(s) described as:

**DEFENDANT, HPC BLACKSTONE INVESTORS, LP'S, NOTICE OF MOTION AND MOTION TO DISMISS UNDER F.R.C.P. RULE 12(b)(6) AS TO PLAINTIFF'S COMPLAINT**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

MANNING LAW, APC
Joseph R. Manning, Jr.
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Ph: (949) 200-8755
Email:
DisabilityRights@manninglawoffice.com
**Attorneys for Plaintiff, George Avalos**

_____ (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

_____ (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

__X__ (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on December 18, 2020, at Fresno, California.

By:___ /s/ *Tiffany Holmberg*_____
TIFFANY HOLMBERG