**SUSAN K. HATMAKER 172543**
susan@hatmakerlaw.com
**RACHELLE TAYLOR GOLDEN 295385**
rachelle@hatmakerlaw.com
**HATMAKER LAW GROUP**
A Professional Corporation
7522 N. Colonial Avenue, Suite 105
Fresno, California 93711
Telephone:  (559) 374-0077
Facsimile:   (559) 374-0078

Attorneys for Defendant:
HPC BLACKSTONE INVESTORS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| GEORGE AVALOS, an individual ) | NO. 1:20-cv-01385-DAD-SKO |
| ) | |
| Plaintiff, ) | |
| ) | **DEFENDANT, HPC BLACKSTONE** |
| vs. ) | **INVESTORS LP , REQUEST FOR** |
| ) | **JUDICIAL NOTICE IN SUPPORT OF** |
| HPC BLACKSTONE INVESTORS, LP, ) | **MOTION TO DISMISS UNDER** |
| a California limited partnership; and ) | **F.R.C.P. RULE 12(b)(6) AS TO** |
| DOES 1-10, inclusive ) | **PLAINTIFF'S COMPLAINT** |
| ) | |
| Defendants. ) | Date:       January 19, 2021 |
| ) | Time:       9:30 a.m. |
| ) | Courtroom: 5, 7th Floor |
| ) | |
| ) | Judge: Honorable Dale A. Drozd |

Pursuant to Federal Rules of Evidence § 201(b)(2), Defendant respectfully requests that this Court take judicial notice of the following documents:

1. A true and accurate annotated copy of the Pacer search for Plaintiff, GEORGE AVALOS, which is attached hereto as **Exhibit A**.

2. A true and accurate annotated copy of the Pacer search for Plaintiff's attorney, JOSEPH MANNING, which is attached hereto as **Exhibit B**.

DATED: December 18, 2020         HATMAKER LAW GROUP

                                 By  /s/ Rachelle Taylor Golden
                                     RACHELLE TAYLOR GOLDEN
                                     Attorney for Defendant,
                                     HPC BLACKSTONE INVESTORS, LP

Hatmaker Law Group
7522 N. Colonial Ave.
Suite 105
Fresno, CA 93711

**EXHIBIT "A"**

# Select A Case

**George Avalos** is a plaintiff in **38 cases.**

| Case | Title | Status |
|---|---|---|
| 1:20-cv-01380-AWI-EPG | Avalos v. Nostalgias Star LLC | filed 09/30/20 |
| 1:20-cv-01381-DAD-EPG | Avalos v. SVP Partners, LLC et al | filed 09/30/20 |
| 1:20-cv-01382-NONE-SAB | Avalos v. Bank of the Sierra | filed 09/30/20 |
| 1:20-cv-01383-NONE-BAM | Avalos v. 5561 Sultana, LLC | filed 09/30/20 |
| 1:20-cv-01385-DAD-SKO | Avalos v. HPC Blackstone Investors, LP | filed 09/30/20 |
| 1:20-cv-01388-DAD-EPG | Avalos v. O CHK, Inc. | filed 09/30/20 |
| 1:20-cv-01389-NONE-SKO | Avalos v. D Boys Enterprises Inc. et al | filed 09/30/20 |
| 1:20-cv-01391-AWI-EPG | Avalos v. Fara et al | filed 09/30/20 |
| 1:20-cv-01392-NONE-SAB | Avalos v. Western Mobile Glass et al | filed 09/30/20 |
| 1:20-cv-01395-AWI-BAM | Avalos v. Macerich Fresno Limited Partnership | filed 09/30/20 |
| 1:20-cv-01436-DAD-SKO | George Avalos v. The Desmond Family Real Estate Limited Partnership | filed 10/08/20   closed 11/18/20 |
| 1:20-cv-01437-DAD-EPG | George Avalos v. Bridgestone Americas, Inc. et al | filed 10/08/20 |
| 1:20-cv-01545-DAD- | Avalos v. SSS Hospitality Investments Inc. et al | filed 10/30/20 |

| | | |
|---|---|---|
| [1:20-cv-01546-AWI-SAB](#) | Avalos v. Evergreen Joint Ventures, LLC | filed 10/30/20 |
| [1:20-cv-01548-NONE-SAB](#) | Avalos v. MMDEOL Incorporated, et al. | filed 10/30/20 |
| [1:20-cv-01570-NONE-EPG](#) | Avalos v. Olivewood Plaza, et al. | filed 11/06/20 |
| [1:20-cv-01571-DAD-SAB](#) | Avalos v. Franco De Pizano et al | filed 11/06/20 |
| [1:20-cv-01572-NONE-BAM](#) | Avalos v. Wa Re, Inc., et al. | filed 11/06/20 |
| [1:20-cv-01574-AWI-SKO](#) | Avalos v. Olivewood Plaza Two, LLC | filed 11/06/20 |
| [1:20-cv-01576-AWI-EPG](#) | Avalos v. 3K Investment Company, LLC | filed 11/09/20 |
| [1:20-cv-01578-NONE-BAM](#) | Avalos v. Gonzalez et al | filed 11/09/20 |
| [1:20-cv-01580-NONE-SKO](#) | Avalos v. Buhl Properties, LLC | filed 11/09/20 |
| [1:20-cv-01581-DAD-SAB](#) | Avalos v. BBVA USA et al | filed 11/09/20 |
| [1:20-cv-01590-DAD-EPG](#) | Avalos v. King of Central Valley, L.P. | filed 11/12/20 |
| [1:20-cv-01592-NONE-SKO](#) | Avalos v. Simonyan Holdings LLC | filed 11/12/20 |
| [1:20-cv-01594-AWI-SKO](#) | Avalos v. Yam et al | filed 11/12/20 |
| [1:20-cv-01599-NONE-SAB](#) | George Avalos v. Nino's Tierra LLC | filed 11/12/20 |

Exhibit A

| Case | Title | Filed |
|---|---|---|
| 1:20-cv-01601-NONE-EPG | Avalos v. Virk Properties, Inc. | filed 11/13/20 |
| 1:20-cv-01602-NONE-SKO | Avalos v. Sidhu, et al. | filed 11/13/20 |
| 1:20-cv-01604-NONE-EPG | George Avalos v. J & D Properties | filed 11/12/20 |
| 1:20-cv-01605-DAD-SAB | George Avalos v. East Africa Humanitarian Organization Properties, Inc. | filed 11/12/20 |
| 1:20-cv-01669-DAD-BAM | Avalos v. Musasaid, et al. | filed 11/23/20 |
| 1:20-cv-01700-NONE-JLT | Avalos v. Ming Retail Plaza LLC | filed 12/03/20 |
| 1:20-cv-01701-NONE-JLT | Avalos v. Center Properties (Valley Village), L.P. | filed 12/03/20 |
| 1:20-cv-01702-NONE-JLT | Avalos v. 2428392 Inc. et al | filed 12/03/20 |
| 1:20-cv-01703-NONE-JLT | George Avalos v. Peter P. Bollinger 2003, LLC | filed 12/03/20 |
| 1:20-cv-01709-AWI-JLT | George Avalos v. Ming Plaza Associates, L.P. | filed 12/03/20 |
| 1:20-cv-01711-NONE-JLT | George Avalos v. R & R Valley Square No. 2 LLC | filed 12/03/20 |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 12/07/2020 16:30:10 | | | |
| **PACER Login:** | rgolden295385:6297330:0 | **Client Code:** | 1402.05 |
| **Description:** | Search | **Search Criteria:** | Last Name: Avalos First Name: George |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

# EXHIBIT "B"

# Removal of TLS 1.1 on November 15, 2020
The PACER Service Center will disable TLS 1.1 on November 15, 2020. Our servers will refuse connections using TLS 1.1 and lower from that date.



Party Search Results

**Search Criteria:** Party Search; Date Filed (On or After): [09/30/2019]; Date Filed (On or Before): [09/30/2020]; Last Name: [Manning]; First Name: [Joseph]; Party Role: [ATY]
**Result Count:** 965 (18 pages)
**Current Page:** 1

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv00383 |
| Case Title | Suzanne Na Pier vs Jack E. Reynolds, et al |
| Court | California Eastern District Court |
| Date Filed | 03/13/2020 |
| Date Closed | 06/08/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01380 |
| Case Title | Avalos v. Nostalgias Star LLC |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01381 |
| Case Title | Avalos v. SVP Partners, LLC et al |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01382 |
| Case Title | Avalos v. Bank of the Sierra |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |

Exhibit B

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01383 |
| Case Title | Avalos v. 5561 Sultana, LLC |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01385 |
| Case Title | Avalos v. HPC Blackstone Investors, LP |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01388 |
| Case Title | Avalos v. O CHK, Inc. |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01389 |
| Case Title | Avalos v. D Boys Enterprises Inc. et al |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01391 |
| Case Title | Avalos v. Fara et al |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01392 |
| Case Title | Avalos v. Western Mobile Glass et al |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 1:2020cv01395 |
| Case Title | Avalos v. Macerich Fresno Limited Partnership |
| Court | California Eastern District Court |
| Date Filed | 09/30/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2019cv01895 |
| Case Title | Rutherford v. Valley Parkway Vineyard LLC et al |
| Court | California Southern District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 12/26/2019 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2019cv02350 |
| Case Title | Rutherford v. Chang et al |
| Court | California Southern District Court |
| Date Filed | 12/09/2019 |
| Date Closed | 03/20/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2019cv02376 |
| Case Title | Rutherford v. Felicita Village Shopping Center LLC et al |
| Court | California Southern District Court |
| Date Filed | 12/11/2019 |
| Date Closed | 02/26/2020 |

Exhibit B

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00285 |
| Case Title | Rutherford v. Kapetanios et al |
| Court | California Southern District Court |
| Date Filed | 02/14/2020 |
| Date Closed | 06/23/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00292 |
| Case Title | Rutherford v. Madsen et al |
| Court | California Southern District Court |
| Date Filed | 02/17/2020 |
| Date Closed | 04/13/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00293 |
| Case Title | Rutherford v. Kelly et al |
| Court | California Southern District Court |
| Date Filed | 02/17/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00327 |
| Case Title | Rutherford v. WGSL-3, LLC et al |
| Court | California Southern District Court |
| Date Filed | 02/20/2020 |
| Date Closed | 04/10/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00686 |
| Case Title LLC et al | Rutherford v. Roosevelt/Tamarack Investments Property Holding, |
| Court | California Southern District Court |
| Date Filed | 04/09/2020 |
| Date Closed | 07/14/2020 |

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00688 |
| Case Title | Rutherford v. Leal et al |
| Court | California Southern District Court |
| Date Filed | 04/09/2020 |
| Date Closed | |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00751 |
| Case Title | Rutherford v. Ahadian et al |
| Court | California Southern District Court |
| Date Filed | 04/20/2020 |
| Date Closed | 08/06/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv00826 |
| Case Title | Rutherford v. Mandira Investments, LLC et al |
| Court | California Southern District Court |
| Date Filed | 05/01/2020 |
| Date Closed | 09/15/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv01000 |
| Case Title | Rutherford v. CFT Properties LLC et al |
| Court | California Southern District Court |
| Date Filed | 06/01/2020 |
| Date Closed | 09/02/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv01010 |
| Case Title | Rutherford v. Vista Palm Plaza LLC et al |
| Court | California Southern District Court |
| Date Filed | 06/01/2020 |
| Date Closed | 09/02/2020 |

| | |
|---|---|
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 3:2020cv01226 |
| Case Title | Rutherford v. Abs CA-O LLC et al |
| Court | California Southern District Court |
| Date Filed | 06/30/2020 |
| Date Closed | 07/24/2020 |
| Party Name | Manning, Joseph R. (aty) |
| Case Number | 6:2020cv01270 |
| Case Title | Greene v. Magical Cruise Company, Limited |
| Court | Florida Middle District Court |
| Date Filed | 07/17/2020 |
| Date Closed | |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01125 |
| Case Title | Suzanne Na Pier v. Whittier Market Place, LP et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 08/19/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01126 |
| Case Title | Suzanne Na Pier v. The Thielmann Corporation et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01127 |
| Case Title | Suzanne Na Pier v.North Coast Business Park, A California Limited Partnership, et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 08/18/2020 |

| | |
|---|---|
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01128 |
| Case Title | Suzanee Na Pier v. Wallace T. Morrison, et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01129 |
| Case Title | Suzanne Na Pier v. Floadam, LLC et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 08/19/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 5:2020cv01281 |
| Case Title | James Rutherford v. Marketplace On Grove LLC et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 08/12/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 5:2020cv01282 |
| Case Title | James Rutherford v. Red Mountain Asset Fund I, LLC, et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 5:2020cv01283 |
| Case Title | James Rutherford v. 1600 E. 4th Street, LLC et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 11/19/2020 |

| Party Name | Manning, Joseph Richard (aty) |
|---|---|
| Case Number | 5:2020cv01285 |
| Case Title | James Rutherford v. Leonora Pierotti Thomas et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 09/10/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01130 |
| Case Title | James Rutherford v. Melinda Ann Miller et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 11/10/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01131 |
| Case Title | James Rutherford v. Global Partnership, LLC et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 10/29/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv01132 |
| Case Title | James Rutherford v. Southside Investment Co., et al |
| Court | California Central District Court |
| Date Filed | 06/26/2020 |
| Date Closed | 08/13/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01237 |
| Case Title | Anthony Bouyer v. NJR Realty, LLC, et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 04/03/2020 |

| | |
|---|---|
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01238 |
| Case Title | Anthony Bouyer v. Ofer Shapira and Limor Benjamin, et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 04/29/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01239 |
| Case Title | Anthony Bouyer v. Stockdale Holdigns I, LLC et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 05/12/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01240 |
| Case Title | Carmen John Perri v. Bogos Kosedag et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 07/21/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01241 |
| Case Title | Carmen John Perri v. Curtis Wilson Cost et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 08/10/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2020cv01242 |
| Case Title | Carmen John Perri v. David Singh et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 03/20/2020 |

| | |
|---|---|
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv00249 |
| Case Title | James Rutherford v. AU Zone Santa Ana, LLC et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 07/08/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2020cv00250 |
| Case Title | James Rutherford v. BBR Banker, LLC et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 05/07/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 5:2020cv00253 |
| Case Title | James Rutherford v. Jack Benetatos et al |
| Court | California Central District Court |
| Date Filed | 02/07/2020 |
| Date Closed | 09/10/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2019cv01884 |
| Case Title | James Rutherford v. Lakeview Village Corp. et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 12/06/2019 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2019cv08458 |
| Case Title | Abacuc Heras v. Birreria Gonzalez Restaurant Inc., et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 11/04/2019 |

| | |
|---|---|
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2019cv01888 |
| Case Title | James Rutherford v. President Hotel Investment LLC et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 02/21/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2019cv08465 |
| Case Title | Carmen John Perri v. Winnie Soo Win Kho et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 05/05/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 8:2019cv01891 |
| Case Title | James Rutherford v. Coastland Chapman Plaza, L.P. et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 09/11/2020 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2019cv08477 |
| Case Title | Carmen John Perri v. Turners Outdoors Inc et al |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 12/23/2019 |
| Party Name | Manning, Joseph Richard (aty) |
| Case Number | 2:2019cv08482 |
| Case Title | Carmen John Perri v. Breakwater LLC |
| Court | California Central District Court |
| Date Filed | 10/01/2019 |
| Date Closed | 03/02/2020 |

**PACER Service Center**     **Receipt** 12/07/2020 18:41:33 948541715
**User**            rgolden295385
**Client Code**     1402.05
**Description**     All Court Types Party Search

Exhibit B

| | |
|---|---|
| | All Courts; Name Manning, Joseph; Role aty; All Courts; Date Filed 09/30/2019 to 09/30/2020; Page: 1 |
| **Billable Pages** | 1 ($0.10) |

PACER FAQ

Privacy & Security

Contact Us

Legacy PCL

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov

Exhibit B

# **PROOF OF SERVICE**

I am employed in the County of Fresno, California; I am over the age of eighteen years and not a party to the within cause; my business address is: 7522 N. Colonial Avenue, Fresno, CA 93711.

On December 18, 2020, I served the foregoing document(s) described as:

**DEFENDANT, HPC BLACKSTONE INVESTORS LP, REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS UNDER F.R.C.P. RULE 12(b)(6) AS TO PLAINTIFF'S COMPLAINT**

on all interested parties in this action by placing a true copy thereof enclosed in sealed envelopes addressed as follows:

MANNING LAW, APC
Joseph R. Manning, Jr.
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Ph: (949) 200-8755
Email: DisabilityRights@manninglawoffice.com
**Attorneys for Plaintiff, George Avalos**

\_\_\_\_ (By U.S. Mail) I caused each envelope, with postage fully prepaid, to be placed in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in the City of Fresno, California after the close of the day's business.

\_\_\_\_ (By Facsimile) I caused this document to be delivered via facsimile to the numbers set forth below.

  X   (By Electronic Service) - I caused a true and correct copy of the document(s) described above to be uploaded to the Court approved case management system, and served electronically to all parties listed above.

I declare under penalty of perjury under the law of the State of California that the foregoing is true and correct. Executed on December 18, 2020, at Fresno, California.

By: /s/ *Tiffany Holmberg*
TIFFANY HOLMBERG

Hatmaker Law Group
7522 N. Colonial Ave.
Suite 105
Fresno, CA 93711