# EXHIBIT "I"





















