RACHELLE TAYLOR GOLDEN 295385
Rachelle@GoldenADADefense.com
GOLDEN LAW A.P.C.
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendant:
HPC BLACKSTONE INVESTORS, LP

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual, | No. 1:20-cv-01385-DAD-SKO |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND RESPONISVE PLEADING DEADLINE** |
| v. | |
| HPC BLACKSTONE INVESTORS, LP, a California limited partnership; and DOES 1-10, inclusive | (Doc. 50) |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff, GEORGE AVALOS ("Plaintiff"), and Defendant, HPC BLACKSTONE INVESTORS, LP, ("Defendant"), by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 6(a), and Local Rule 144, Defendant may have to and including June 17, 2021 to file a responsive pleading to the First Amended Complaint. This extension of time is Defendant's first extension and does not alter the date of any event or any deadline already scheduled by the Court.

///

///

///

///

| | | |
|---|---|---|
| DATED: June 15, 2021 | | GOLDEN LAW A.P.C. |

By  /s/ Rachelle Taylor Golden
    RACHELLE TAYLOR GOLDEN
    Attorney for Defendant,
    HPC BLACKSTONE INVESTORS, LP

DATED: June 15, 2021                      MANNING LAW

By  /s/  Joseph R. Manning, Jr.
    JOSEPH R. MANNING, JR.
    Attorney for Plaintiff,
    GEROGE AVALOS

## ATTESTATION

Concurrence in the filing of this document has been obtained from each of the invididual(s) whose electronic signature is attributed above.

By  /s/ Rachelle Taylor Golden
    RACHELLE TAYLOR GOLDEN
    Attorney for Defendant,
    HPC BLACKSTONE INVESTORS, LP

## **ORDER**

Pursuant to the parties' above stipulation (Doc. 50), and for good cause shown, the Court hereby ORDERS that Defendant HPC BLACKSTONE INVESTORS, LP shall have up to and including June 17, 2021, to file its responsive pleading to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated: **June 17, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE