Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff
GEORGE AVALOS

**RACHELLE TAYLOR GOLDEN 295385**
Rachelle@GoldenADADefense.com
**GOLDEN LAW A.P.C.**
1100 W. Shaw Avenue, Suite 132
Fresno, California 93711
Telephone: (559) 878-3521

Attorneys for Defendant:
HPC BLACKSTONE INVESTORS, LP

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HPC BLACKSTONE INVESTORS, LP, California limited partnership; and DOES 1-10, inclusive,<br>Defendants. | Case No.: 1:20-cv-01385-DAD-SKO<br><br>Hon. Dale A. Drozd<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT AND ORDER**<br><br>(Doc. 52) |

**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT**

**TO THE COURT AND ALL PARTIES:**

It is hereby stipulated that Plaintiff GEORGE AVALOS ("Plaintiff") and HPC BLACKSTONE INVESTORS, LP ("Defendant") agree, pursuant to Fed. R. Civ. Proc. 15(a)(2) to amend the complaint.

"The court should freely give leave when justice so requires." The Ninth Circuit requires that this policy favoring amendment be applied with "extreme liberality." *Morongo Band of Mission Indians v. Rose*, 893 F.2d 1074, 1079 (9th Cir. 1990).

The proposed Second Amended Complaint more clearly describes the locations of the subject property and the alleged barriers to access at paragraphs 2, 11, and 12 of the Second Amended Complaint.

The Parties hereby stipulate and agree pursuant, by and through their undersigned counsel, that the Court may enter an Order:

Granting Plaintiff leave to amend to file his Second Amended Complaint, which is attached as **Exhibit A**.

Respectfully submitted,

DATED: June 17, 2021        MANNING LAW

By  /s/ Joseph R. Manning, Jr._____
    JOSEPH R. MANNING, JR.
    Attorney for Plaintiff,
    GEROGE AVALOS


DATED: June 17, 2021        GOLDEN LAW A.P.C.

By  /s/ Rachelle Taylor Golden_____
    RACHELLE TAYLOR GOLDEN
    Attorney for Defendant,
    HPC BLACKSTONE INVESTORS, LP

1
**JOINT STIPULATION TO FILE SECOND AMENDED COMPLAINT**

## **ATTESTATION**

Concurrence in the filing of this document has been obtained from each of the invididual(s) whose electronic signature is attributed above.

DATED: June 17, 2021                    By: /s/ *Joseph R. Manning, Jr.*

## ORDER

Pursuant to the parties' above stipulation (Doc. 52), and for good cause shown, IT IS HEREBY ORDERED that Plaintiff is granted leave to file a second amended complaint within seven (7) days of this order.

IT IS SO ORDERED.

Dated: **June 21, 2021**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE